UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GASPARI, ) | |
| ) | |
| Plaintiff, ) | No. 10 C 6749 |
| ) | |
| v. ) | |
| ) | Magistrate Judge Denlow |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Samuel S. Miller
           SAMUEL S. MILLER
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 886-9083
           samuel.s.miller@usdoj.gov